## 36852. BARANAN v. EPSTEIN et al.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED DECEMBER 2, 1980 —
REHEARING DENIED DECEMBER 17, 1980.

*Aaron Baranan,* pro se.
*H. A. Stephens, Jr.,* for appellees.